appellant; *T. Michael Mather* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Harrington, Appellant.

Submitted March 8, 1971. *Gerald E. Ruth,* Public Defender, for appellant; *Robert J. Wire, Jr.,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order reversed and record remanded for a hearing on the original or an amended PCHA petition, and production of notes of testimony at the PCHA hearing. Cf. *Commonwealth v. Anderson,* 441 Pa. 483, 272 A. 2d 877 (1971).

WRIGHT, P. J., dissents.

## Commonwealth *v.* Hawkins, Appellant.

Submitted March 8, 1971. *John H. Chronister,* Assistant Public Defender, for appellant; *Joseph E. Erb,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Hill, Appellant.

Submitted March 16, 1971.
*Michael L. Levy* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Norris Gelman* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Hill, Appellant.

Submitted March 22, 1971.
*D. Patrick Zimmerman,* Public Defender, for appellant; *George T. Brubaker,* Assistant District Attorney, and *Clarence C. Newcomer,* District, Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Howard, Appellant.

Argued March 18, 1971. *David E. Auerbach,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph*